UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN GARCIA, | NO. CV 15-7246-DDP(E) |
| Petitioner, | |
| v. | JUDGMENT |
| RONALD RACKLEY, et al., | |
| Respondents. | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: November 10, 2015.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE